**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
☒ 3rd Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ ___ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Rafael Antonio Tejada    JOINT DEBTOR: Mery Liliana Tejada    CASE NO.: 12-38738
Last Four Digits of SS# xxx-xx-5390    Last Four Digits of SS# xxx-xx-9898

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

A. $ 1,878.12 for months 1 to 10 ;
B. $ 1,438.21 for months 11 to 59 ;
C. $ 1,438.39 for months 60 to 60 ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ 5,900.00    TOTAL PAID $ 2,000.00
($3,500 Attorney Fee, $150 Cost, $2,250 Motions to Value)

Balance Due    $ 3,900.00 payable $ 390.00 /month (Months 1 to 10 )

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

-NONE-    Arrearage on Petition Date $ _____
Address: _____    Arrears Payment $ _____ /month (Months _ to _)
Account No: _____    Regular Payment $ _____ /month (Months _ to _)

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| GMAC Mortgage, LLC Successor by Merger to GMAC Mortgage Corporation; c/o Greenspoon Marder, P.A.; 100 West Cypress Creek Road, Suite 700; Fort Lauderdale, FL 33309 Account No: Case No. 12-02038 CA 20 | 5665 W 20th Avenue, Apt. 204 Hialeah, Florida 33012-7529 $ 65,000.00 | 5.25% | $ 1,234.09 | 1 To 60 | 74,045.33 |

Priority Creditors: [as defined in 11 U.S.C. §507]

-NONE-    Total Due $ _____
    Payable $ _____ /month (Months _ to _ )    Regular Payment $ _____

Unsecured Creditors: Pay $ 66.22 /month (Months 1 to 10 )
Pay $ 60.30 /month (Months 11 to 59 )
Pay $ 60.46 /month (Months 60 to 60 )

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

LF-31 (rev. 01/08/10)
Software Copyright (c) 1996-2013 CCH INCORPORATED - www.bestcase.com    Best Case Bankruptcy

Other Provisions Not Included Above:

**Rejected Contracts and/or Leases**
-NONE-

**Assumed Contracts and/or Leases**
Alfonso Becerra

Rental of Investment Property 5665 West 20th Avenue, Unit #204, Hialeah, Florida 33012

**Assumed Contracts and/or Leases**
Rafael and Mery Tejada

Lease of Principal (Primary) Residence 5705 West 20th Avenue, Unit #304, Hialeah, Florida 33012

Special Intentions:

American Honda Finance Corporation: Debtors will pay claim directly at 440.61 per month.
Capital One Auto Finance: Debtors will pay claim directly at 384.28 per month.

Wells Fargo Home Mortgage: Debtors are surrendering the Property to Creditor: 2775 West 52nd Street, Unit #205, Hialeah, Florida 33016

Chase: Outside of Plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_/s/ Rafael Tejada_
Rafael Antonio Tejada
Debtor
Date: August 12, 2013

_/s/ Mery J. Tejada_
Mery Liliana Tejada
Joint Debtor
Date: August 12, 2013